JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>$113,505.00 IN U.S. CURRENCY,<br><br>　　　　　Defendant. | NO. 5:21−cv−00438−JGB−SP<br><br>DEFAULT JUDGMENT OF<br>FORFEITURE<br><br>DATE: August 9, 2021<br>TIME: 9:00 a.m.<br>Ctrm: 1<br>Before the Honorable Jesus G Bernal,<br>United States District Judge |

　　　This action arose from the Verified Complaint for Forfeiture ("Complaint") filed herein on March 11, 2021. Notice of this action has been given in the manner required by law. Neither potential claimant Agustin Velasquez nor any other potential claimant has appeared by filing a Statement identifying his or her rights or interests with this Court. Further, neither potential claimant Agustin Velasquez nor any other potential claimant has filed an Answer to the Complaint or otherwise defended his or her interest, if any, in the defendant $113,505.00 in U.S. Currency ("Defendant"). Therefore, the Court deems that potential claimant Agustin Velasquez and all other potential claimants admit the allegations of the Complaint to be true. The Court further finds that the allegations of the complaint establish that the Defendant is subject to forfeiture.

ACCORDINGLY, IT IS ORDERED, ADJUDGED AND DECREED that all right, title, and interest of potential claimant Agustin Velasquez and all other potential claimants in and to the Defendant are condemned and forfeited to the United States of America. The government shall dispose of the Defendant according to law.

DATED: August 20, 2021

THE HONORABLE JESUS G BERNAL
UNITED STATES DISTRICT JUDGE

Presented by:
TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

/s/ *Katharine Schonbachler*
KATHARINE SCHONBACHLER
Assistant United States Attorney
Asset Forfeiture Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA